# EXHIBIT 3

<b>Voyager Therapeutics, Inc.</b><br><b>Class Period:  June 1, 2017 through November 9, 2020</b>

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $8.21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Victor Otcheretko | 7/21/2020 | 600 | ($12.78) | ($7,668.00) | | | | | | | | |
| | 7/21/2020 | 400 | ($12.77) | ($5,108.00) | | | | | | | | |
| | 7/21/2020 | 200 | ($12.81) | ($2,562.00) | | | | | | | | |
| | 7/21/2020 | 160 | ($12.74) | ($2,038.40) | | | | | | | | |
| | 7/21/2020 | 700 | ($12.78) | ($8,946.00) | | | | | | | | |
| | 7/21/2020 | 3760 | ($12.80) | ($48,128.00) | | | | | | | | |
| | 7/21/2020 | 300 | ($12.82) | ($3,846.00) | | | | | | | | |
| | 7/21/2020 | 200 | ($12.85) | ($2,570.00) | | | | | | | | |
| | 7/21/2020 | 419 | ($12.86) | ($5,388.34) | | | | | | | | |
| | 7/21/2020 | 500 | ($12.83) | ($6,415.00) | | | | | | | | |
| | 7/21/2020 | 481 | ($12.69) | ($6,103.89) | | | | | | | | |
| | 7/21/2020 | 5300 | ($12.73) | ($67,469.00) | | | | | | | | |
| | 7/21/2020 | 1260 | ($12.76) | ($16,077.60) | | | | | | | | |
| | 7/21/2020 | 300 | ($12.71) | ($3,813.00) | | | | | | | | |
| | 7/21/2020 | 300 | ($12.79) | ($3,837.00) | | | | | | | | |
| | | 14880 | | ($189,970.23) | | | | | 14880 | $122,201.39 | ($67,768.84) | |