UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SELWYN KARP, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VOYAGER THERAPEUTICS, INC., STEVEN M. PAUL, G. ANDRE TURENNE, JANE HENDERSON, ALLISON DORVAL, DINAH SAH, and OMAR KHWAJA,<br><br>Defendants. | Case No.  2:21-cv-00381-ERK-AYS |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF
OLEG KHOKHLOV FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF LEAD COUNSEL

I, Jeremy A. Lieberman, hereby declare as follows:

1. I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Oleg Khokhlov ("Khokhlov"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Khokhlov's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of Khokhlov's selection of Pomerantz as Lead Counsel for the Class.

2. Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A: Chart reflecting the financial interest of Khokhlov in the Action;

Exhibit B: Press release published over *PR Newswire* on January 23, 2021 announcing the pendency of the Action;

Exhibit C: Shareholder Certification executed by Khokhlov;

Exhibit D: Declaration executed by Khokhlov; and

Exhibit E: Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on March 24, 2021 at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1