**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SELWYN KARP, Individually and On Behalf
of All Others Similarly Situated,

                Plaintiff,

      v.

VOYAGER THERAPEUTICS, INC.,
STEVEN M. PAUL, G. ANDRE TURENNE,
JANE HENDERSON, ALLISON DORVAL,
DINAH SAH, and OMAR KHWAJA,

                Defendants.

No. 2:21-cv-00381-ERK-AYS

## NOTICE OF UNOPPOSED 28 U.S.C. § 1404 MOTION TO TRANSFER

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration in support thereto, Defendants Voyager Therapeutics, Inc., Steven M. Paul, G. Andre Turenne, Jane Henderson, Allison Dorval, Dinah Sah, and Omar Khwaja will move this Court, before the Honorable Edward R. Korman, in the U.S. Courthouse, Room 918, 225 Cadman Plaza East, Brooklyn, New York, 11201, at a time and date convenient for the Court, for an order transferring this action to the United States District Court for the District of Massachusetts.

Defendants' counsel has conferred with counsel for the Lead Plaintiff regarding this motion.  Lead Plaintiff takes no position on this Motion to Transfer.

1

Dated: New York, New York
April 21, 2021

Respectfully submitted,

/s/ Michael G. Bongiorno
Michael G. Bongiorno
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888
michael.bongiorno@wilmerhale.com

*Counsel for Defendants*

2