**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SELWYN KARP, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VOYAGER THERAPEUTICS, INC., STEVEN M. PAUL, G. ANDRE TURENNE, JANE HENDERSON, ALLISON DORVAL, DINAH SAH, and OMAR KHWAJA,<br><br>Defendants. | No. 2:21-cv-00381-ERK-AYS |

**DECLARATION OF SCOTT B. TOWNSEND**
**IN SUPPORT OF MOTION TO TRANSFER**

I, Scott B. Townsend, declare as follows:

1.      I am Senior Vice President and Chief Corporate Counsel of Defendant Voyager Therapeutics, Inc. ("Voyager" or the "Company").  I have been employed by Voyager since September 1, 2019.

2.      I am over the age of eighteen years, and I am competent to testify about the matters set forth in this declaration based upon personal knowledge, my experience working at Voyager, and review of information taken from records kept by Voyager in the regular course of business.  If called as a witness I could and would testify as stated herein.

3.      Voyager is a Delaware corporation, with its principal place of business and corporate headquarters located in Cambridge, Massachusetts.

4.      Individual Defendants G. Andre Turenne (the Company's Chief Executive Officer), Allison Dorval (the Company's Chief Financial Officer) and Dr. Omar Khwaja (the

Company's Chief Medical Officer) reside in Massachusetts and are based out of Voyager's Cambridge, Massachusetts headquarters. Individual Defendants Steven M. Paul (a member of the Company's board of directors and its former Chief Executive Officer) and Jane Henderson (the Company's former Chief Financial Officer) work for Massachusetts-based employers, and Individual Defendant Dinah Sah (the Company's former Chief Scientific Officer) maintains her primary residence in Massachusetts.

5.      As of April 16, 2021, Voyager had approximately 161 employees, 159 of whom are based out of Voyager's Massachusetts headquarters, laboratories and offices.

6.      All of Voyager's SEC filings, press releases, and other public statements on which Plaintiff bases his claims were prepared in and released from Voyager's corporate headquarters in Cambridge, Massachusetts.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April __, 2021                              _____
                                                   Scott B. Townsend

Company's Chief Medical Officer) reside in Massachusetts and are based out of Voyager's Cambridge, Massachusetts headquarters. Individual Defendants Steven M. Paul (a member of the Company's board of directors and its former Chief Executive Officer) and Jane Henderson (the Company's former Chief Financial Officer) work for Massachusetts-based employers, and Individual Defendant Dinah Sah (the Company's former Chief Scientific Officer) maintains her primary residence in Massachusetts.

5.      As of April 16, 2021, Voyager had approximately 161 employees, 159 of whom are based out of Voyager's Massachusetts headquarters, laboratories and offices.

6.      All of Voyager's SEC filings, press releases, and other public statements on which Plaintiff bases his claims were prepared in and released from Voyager's corporate headquarters in Cambridge, Massachusetts.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 16, 2021

Scott B. Townsend